| | | | |
|---|---|---|---|
| BEFORE: | VIKTOR V. POHORELSKY | DATE: | 6/25/15 |
| | U.S. MAGISTRATE JUDGE | START TIME: | 12:30 p.m. |
| | | END TIME: | 12:40 p.m. |
| DOCKET NO. | CV-14-5483 | JUDGE: | FB |

CASE NAME:   Lezell v. USAA Savings Bank et al.

## CIVIL CONFERENCE

PURPOSE OF CONFERENCE:   Walk In Status

APPEARANCES:   Plaintiff      Adam Fishbein
               Defendant    Peter Breslauer

SCHEDULING AND RULINGS:

1. The parties will appear before Judge Block on September 4 at 11:30 for a hearing on the defendant's contention that this matter is subject to arbitration. Unless the case is dismissed at the hearing, counsel are to report to Room 1207 for a brief status conference immediately after the hearing concludes.