# MONTGOMERY McCRACKEN
ATTORNEYS AT LAW

| 437 Madison Avenue | 123 South Broad Street |
| 29th Floor | Avenue of the Arts |
| New York, NY 10022 | Philadelphia, PA 19109 |
| 212-867-9500 | 215-772-1500 |
| Fax 212-599-1759 | Fax 215-772-7620 |

April 5, 2016

**VIA E-MAIL AND FEDERAL EXPRESS**

Adam J. Fishbein, Esquire
483 Chestnut Street
Cedarhurst, NY 11516

    Re:    ***Lezell v. USAA Savings Bank***
              **No. 1:14-cv-05483-FB-PK (E.D.N.Y)**

Dear Mr. Fishbein:

    We represent Defendants, USAA Savings Bank and USAA Federal Savings Bank, in the above-captioned action. Pursuant to Section 2.D of Judge Block's Individual Motion Practices, enclosed are service copies of the following documents:

- Notice of Defendants' Motion to Alter or Amend Judgment; and

- Memorandum of Law in Support of Defendants' Motion to Alter or Amend Judgment.

As you requested, I will contact you by e-mail regarding a briefing schedule.

                                               Very truly yours,

                                               /s/ Peter Breslauer