# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHAVA LEZELL and MORDECHAI PALACE, on behalf of themselves and all other similarly situated consumers,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>USAA SAVINGS BANK and USAA FEDERAL SAVINGS BANK,<br><br>　　　　　Defendants. | No. 1:14-cv-05483-FB-PK<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs, Chava Lezell and Mordechai Palace, and Defendants, USAA Savings Bank and USAA Federal Savings Bank, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned matter be, and hereby is, dismissed with prejudice and with no award of attorneys' fees, costs, and/or disbursements to any party.

Dated:  March 6, 2020

By: /s/ Adam J. Fishbein
Adam J. Fishbein
Adam J. Fishbein, P.C.
735 Central Ave.
Woodmere, NY 11598
Tel: (516) 668-6945
fishbeinadamj@gmail.com

ATTORNEY FOR PLAINTIFFS
CHAVA LEZELL AND
MORDECHAI PALACE

By: /s/ Peter Breslauer
Peter Breslauer
Montgomery McCracken Walker & Rhoads LLP
1735 Market St., 21st Fl.
Philadelphia, PA 19103
Tel:  (215) 772-1500
pbreslauer@mmwr.com

ATTORNEYS FOR DEFENDANTS
USAA SAVINGS BANK AND
USAA FEDERAL SAVINGS BANK

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2020, I electronically filed the foregoing Stipulation of Dismissal with Prejudice using the Court's CM/ECF system, which will send notification of the filing to counsel of record.

/s/ *Peter Breslauer*